POST et al. v. WEIL et al.

(Supreme Court, General Term, First Department. May 18, 1888.)

Appeal from special term.

Appeal by Matilda Weil, as executrix, and others, from a judgment recovered on trial at the special term. The decision in this case is controlled by that in Post v. Bernheimer, ante, 805.

DANIELS, J. This case depends upon the same evidence as the one above considered, Post v. Bernheimer, ante, 805. The controlling principles applicable to it are the same as have led to the disposition which was made of the other action, and the same result should follow, that the judgment should be affirmed, together with costs to the respondents.

VAN BRUNT, P. J., and BRADY, J., concur.